AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

BROOKE TILLEY and CHAD TILLEY, for and on behalf of their minor child, A.T.,

    Plaintiffs

v.

THOMAS EDISON CHARTER SCHOOL NORTH,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:22-CV-00105-TS-CMR

IT IS ORDERED AND ADJUDGED

that the Judgment shall be, and hereby is, entered in favor of Plaintiffs and against Defendant in the amount of $47,264.40 in attorneys' fees, $375.00 in costs, and $15,195.00 in compensatory education funds.

June 17, 2024
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge